**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Andrew Allam Sr. JX-9070 :
(Name of Plaintiff)          (Inmate Number)
1 Kelley Drive
Coal Township Pa 17866
(Address)

(2) _____ :
(Name of Plaintiff)          (Inmate Number)

_____ :

(Address)                                    _____
                                                  **(Case Number)**
(Each named party must be numbered,
and all names must be printed or typed)

                            vs.
                                                  **CIVIL COMPLAINT**
McGinley
(1) Superintendant, SCI Coal :

(2) Security, SCI Coal :             FILED
                                          HARRISBURG, PA
(3) _____ :
(Names of Defendants)                  JUN 09 2020

(Each named party must be numbered,     PER _____ DEPUTY CLERK
and all names must be printed or typed)

TO BE FILED UNDER: __X__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

**I.    PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

No. 02131-2019 Judge Smab, I misplaced the
other Docket No's
_____
_____

Attachment

June 1, 2020

History

Subject - Safety

Plaintiff on December 2019 was on
C block Side A in Cell 20 with inmate
(prejean) during that time I was having
issues with him, Plaintiff talked to staff
C.O.'s on Several occasions, Unit manager
fisher told me to move into the front
Dorm, while Knowing A Current Sex offender
who was already in the dorm having
problems. I said no I'm not moving because
I'm a Sex offender, I asked to talk
to A L.t. and was told no, I asked
to take P.C. protective Custody was told
there is no P.C. here at Coal township.
the C.O. said the only way is to refuse to
lock in and get a class 1 write up.
   So Plaintiff asked to go to POC, instead
Sgt McKinny had me taken to RHU and
wrote me up, 14 days later I was released
from RHU and Placed on EB block on
the westside of the jail at 3pm on
December 31, 2019, As I walked onto the
block I saw L.t. Mcglacklin, I told him
that I should not have been put on
the westside, he asked me why not.

-1-

I told him prior to December" on Sept.
6, 2019, monday, while At lunch Another
inmate told me that there were (2) people
in my Cell, I went back to E block,
immediately I was threastened by Several
Spanish inmates, that they wald Cut me &
my Celly for snitching, I also was
told they were gang members by staff, So
then the Counseler Mr. tasker had locked
himself, me & my Celly in his office during
Count, Also At that time Several Security
officers and Lieutents had removed those
(2) inmates that got locked in ar cell,
    My Celly and me were told that we
were being moved to the east side of
the jail by Security" After Plaintiff had
told Lt. McGlaclin, he told plaintiff
"just Keep yar door locked", this was about
3:20 pm, After dinner I had talked to
the C.O. he told me As other staff did
there's no P.C. here at Coal twp., if
you want P.C. you have to refuse to lock
in you will get a Class 1 write up.
    After dayroom at 8:30 pm, I talked
to Sgt. Calhon, I told him what the C.O.
told me, the Sgt had Confirmed it.

-2-

I told the Sgt as I did the C.O. that I was threatened when I got on the block (E block) that day 12-31-19, and during dinner. the Sgt said all you can do is refuse to lock in, that's how you can keep yourself safe, but you will get a Class 1 write up. I said to Sgt Calhan, "So I have to refuse to lock in, get a write up and get sentenced to time in the RHU, all because this jail (Cool Twp) doesn't have P.C. he said yes. So I refused to lock in as instructed by the Sgt and C.O. on E B I went to RHU @ 9:20 pm. While in RHU I had wrote this Cart, then I was seen by Lt. Drucus from Security on Monday @ 9:20pm, I was released on Jan 14, 2020 and put on C block-B side, in the front Dorm. After a few days I was threatened to be stabbed by a inmate in the dorm I had told Sgt Early and unit manager Thomas Williams. Mr Williams said find someone on A-Side that you can live with, there was only (1) bed open in Cell 14, Mr Williams placed me in Cell 14 with inmate heisey.

-3-

I was put in that cell on or about February 2, 2020, until April 24, 2020, during that time I had done legal work for Heisey he had offered to pay me, so I asked a few days later about payment on April 24, 2020 I was taken to medical where I was met by Lt. Neitz, at which time he told me that my Celly (Heisey) had filed a PREA Complaint on me during the discussion Lt. Neitz said if you want to go back to C-A 14 I'll move heisey I spent 15 days in RHU on AC status, then I get released and was told I was going to D-block that Security has me as westside only. I told them in RHU that I was east side only because of the gang related incident on E block and other threats because I'm a Sex offender. I got to D-block on about May 8, 2020, Since then I talked to several staff about getting moved back to the east side, I told them that Lt. Neitz said if I wanted to go back to C-A-14 that he would move heisey, I also told them that I was again being threatened because of my offenses.

-4-

Staff failed to cure the issue, I told them about the gang incident on E-block in Sept 2019. I wrote Security several times I got no response. I spoke to Physc they offered no help at all, I requested a 2-Code (to be in a Single Cell) they stated my reasons dont justify a 2-Code, I said it's a safety issue but they disagree, I told the staff that their job is my Safety, they said that they Cant do anything until Something happenes. I said So I have to get Assualted or Stabbed before you will do Something they Said yes. Major faulds said the same thing to me when she talked to me while on E block. Currently I have spoke to numerous staff no one is doing anything to help Here I sit on June 1, 2020 on the westside being threaten again And Staff doing nothing to ensure my Safety except telling me, that I Can refuse to lock in And go to RHU with a class 1 writeup.

    Plaintiff fears for his Safety,
1.) becauce of his offenses and
2.) the prior Gang incidents on E-block.

-5-

I had asked to be placed on J-A on
the lower Compand, nothing was done, I
asked for a 2- Code So I Know when
I'm locked in a Cell that there will
not be a problem. Staff are ignoring my
Safety. this Constitutes negligence, DCC is
failing to Act, it takes little or no effect
1.) to Place me on the lower Compand on JA
2.) to Place me back on C-A or
3.) because of my safety Concerns issue me
   a 2- Code.
   Plaintiff Assects he has a Constitutional
right to be Safe, Coal Twp should have a
policy (like Camphill SCI) that a inmate
Can invoke Protective Custody to ensure his
Safety until staff Can Act on the Safety issue
And not to be Subjected to a class 1 write up
but Currently there is no policy, So for a
inmate to be Safe he has to refuse to lock
in, get a write up and recieve RHU time.
   Plaintiff asks this Court to order Coal twp
to enact a P.C. policy, also free of any write up
or punishment. Plaintiff is now afraid that
the jail will retaliate and transfer me
to a bad jail and put me in further
danger. Plaintiff is requesting an injunction.

Plaintiff assers that his 12-19-19 and
12-31-19 both class one write ups should
be Vacated, because I had to refuse
to lock in, in order to be safe. And I
Cant get a promotional transfer with
both those write ups. Plaintiff has no
write ups for fighting nor drugs etc nothing,
I have had the Same job in the Kitchen
Since 2016. thus I'm asking this Court
to rectify this issues, or inspect the jail
to allow me to have a promotional
transfer. If this Court needs to talk to
plaintiff, I'd perfer a Video Conference.

Respectfully   Submitted

6-1-2020

Andrew J. Allam Sr.
Plaintiff Pro se

Petitioner might be in RHU for failing to
lock in, to ensure his Safety.

-7-

Andrew J. Allam Sr.
JX-9070
1 Kelley Drive
Coal Twp. PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

RECEIVED
HARRISBURG, PA
JUN 09 2020
PER _____
DEPUTY CLERK

Clerk
United States District C
Middle District
228 Walnut St.
Box 983
Harrisburg PA 17108